# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kathy Lynn Smoak, | ) | Civil Action No. 5:17-cv-01170-JMC-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On May 4, 2017, Plaintiff, appearing through counsel, filed this action appealing her denial of social security benefits. Defendant filed an Answer and copy of the administrative record on September 5, 2017. ECF Nos. 5, 6. Plaintiff's brief in support of her appeal was due by October 5, 2017. *See* Local Civ. Rule 83.VII.04 (D.S.C.); *see also* ECF No. 5. On October 4, 2017, Plaintiff sought and received an extension, making her brief due November 6, 2017. ECF Nos. 8, 9. To date, however, Plaintiff has not filed her brief, nor has counsel communicated with the court regarding the extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of his appeal no later than **November 29, 2017**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

November 15, 2017  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge